## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lucky Break Wishbone Corporation,

                Plaintiff,                Civil 10-04394 (PAM/JJG)

v.

                                            **ORDER OF DISMISSAL**

Sterling Jewelers Inc., et al.

                Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: September __29__ , 2011

                                            *s/Paul A. Magnuson*
                                            Paul A. Magnuson, Judge
                                            United States District Court